UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ross Domiano Spruill                                                              Docket No. 2:13-CR-20-1FL

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ross Domiano Spruill, who, upon an earlier plea of guilty to Felon in Possession of Firearms in violation of 18 U.S.C. §§ 922 and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 2, 2014, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Ross Domiano Spruill was released from custody on February 8, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 12, 2018, the defendant submitted a urine specimen which was subsequently determined by the national laboratory to be positive for cocaine use. On February 22, 2018, Spruill tested positive for cocaine use on an instant testing device. The defendant was confronted with this positive test result and the positive result from the sample submitted on February 12, 2018. Spruill signed a written admission of drug use regarding both positive test results. The defendant agreed to attend substance abuse treatment as directed and serve a 2-day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                                    /s/ Tuell Waters
Dwayne K. Benfield                                         Tuell Waters
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                                    201 South Evans Street, Rm 214
                                                                    Greenville, NC 27858-1137
                                                                    Phone: 252-830-2344
                                                                    Executed On: February 23, 2018

**Ross Domiano Spruill**
**Docket No. 2:13-CR-20-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __26th__ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge